Walter J. PULAWSKI

v.

Henry J. BLAIS III.

No. 83–26–M.P.

Supreme Court of Rhode Island.

Jan. 31, 1983.

Joseph E. Marran, Jr., Pawtucket, for petitioner.

Kirshenbaum & Kirshenbaum, Alfred Factor, Joseph N. Cassiere, Providence, for respondent.

## ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.